# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                **CRIMINAL ACTION NO. 4:05CR34-P-B**

**ORLANDO LEWAYNE PILCHER,**                                **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's motion to continue trial [20-1]. Upon due consideration of the motion and a hearing regarding same, the court finds that the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's motion to continue trial [20-1] is hereby **DENIED**.

**SO ORDERED** this the 7th day of September, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE